Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:21-cv-01446-JLT-SAB |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| TACO RIENDO INC.; KEWAL SINGH BASI, Trustee of the BASI FAMILY REVOCABLE TRUST; OLGA BASI, Trustee of the BASI FAMILY REVOCABLE TRUST; | Date: June 15, 2022
Time: 10:00 a.m.
Courtroom: 9 (6th Floor)
Magistrate Judge Stanley A. Boone |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** on June 15, 2022 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 9 of Magistrate Judge Stanley A. Boone, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street in Fresno, California, Plaintiff, Darren Gilbert ("Plaintiff"), by and through his attorney of record, Tanya E. Moore of the Moore Law Firm, P.C., will move the Court for a default judgment against Defendants, Taco Riendo Inc.; Kewal Singh Basi, Trustee of the Basi Family Revocable Trust; and Olga Basi, Trustee of the Basi Family Revocable Trust ("Defendants"). The clerk previously entered the default of Defendants on February 22, 2022 (Dkt. 22, 23, 24).

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. On December 20, 2021, Plaintiff filed his First Amended Complaint against Defendants;

2. Defendants have not appeared in this action;

3. Defendants are not minors, incompetent persons, or persons in the military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

4. Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the Complaint, to wit: Defendants violated Plaintiff's civil rights pursuant to Title III of the Americans with Disabilities Act of 1990 (42 U.S.C. §§ 12181-12189) and related California statutes in that Defendants' public accommodation posed architectural barriers that interfered with Plaintiff's ability to use and enjoy the goods, services, privileges, and accommodations offered at the facility, and Plaintiff is entitled to an injunction requiring Defendants to remove said architectural barriers;

5. Plaintiff is entitled to damages in the sum of $4,000, which is the minimum amount of statutory damages set forth under California Civil Code § 52(a) for Plaintiff's visit to the subject property on July 26, 2021, wherein he encountered barriers to his access as alleged in the Complaint; and

6. Plaintiff is entitled to recover his reasonable attorney's fees and costs in the amount of $4,334.33 plus additional attorneys' fees as a result of Plaintiff's appearance at this hearing (if any is required), which additional amount will be offered at the hearing once the appropriate amount is ascertained.

This application is based upon this Notice; the Memorandum of Points and Authorities; the Declarations of Attorney Tanya E. Moore, Paralegal Whitney Law, and Paralegal Isaac Medrano, the pleadings, files and records on file in this matter; and on such other information as may be presented at the hearing on this motion.

Dated: May 5, 2022                                         MOORE LAW FIRM, P.C.

                                                           */s/ Tanya E. Moore*
                                                           Tanya E. Moore
                                                           Attorney for Plaintiff,
                                                           Jose Trujillo