UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>TACO RIENDO, INC., et al.,<br><br>          Defendants. | No. 1:21-cv-01446-JLT-SAB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>(Docs. 26, 28) |

   This action proceeds on a first amended complaint, filed December 20, 2021, against defendants Taco Riendo, Inc., Kewal Singh Basi as Trustee of the Basi Family Revocable Trust, and Olga Basi as Trustee of the Basi Family Revocable Trust, alleging violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*; and California's Unruh Civil Rights Act, California Civil Code § 51, *et seq.*  (Doc. 11.)

   Plaintiff filed a motion for default judgment.  (Doc. 26.)  The assigned magistrate judge issued findings and recommendations that Plaintiff's motion for default judgment be granted.  (Doc. 28.)  The assigned magistrate judge also recommended reducing the requested attorneys' fees.  (*Id.* at 25-32.)  The findings and recommendations provided that any party could file objections thereto within 14 days (*Id.* at 33) but none were.

   According to 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this Court has conducted a de

1

novo review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.  Thus,

1. The findings and recommendations issued June 22, 2022 (Doc. 28) **ADOPTED IN FULL**.
2. The motion for default judgment (Doc. 26) is **GRANTED IN PART**, with the reduced fee award as recommended by the magistrate judge.
3. Plaintiff is awarded $4,000.00 in statutory damages, $1,185.00 in attorneys' fees and $979.83 in costs, for a total award of $6,164.83.
4. Plaintiff is granted an injunction requiring Defendants to provide disability access to the property known as known as Taco Riendo, within six months of entry of the order. The Defendants SHALL make the following modifications such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24:
    a) Providing a properly configured and identified van-accessible parking stall with adjacent access aisle;
    b) Providing a properly configured accessible route from the accessible parking stall(s) to the Facility entrance;
    c) Providing a properly configured accessible Facility entrance, including properly adjusting and maintaining the door pressure and closing speed, providing proper level maneuvering clearances at the exterior landing, and providing a properly configured threshold;
    d) Providing a properly configured accessible table; and
    e) Providing a properly configured accessible portion of the transaction counter.
5. The Clerk of the Court is directed to enter judgment in Plaintiff's favor and close this case.

///

///

6. Plaintiff is directed to mail a copy of this order to Defendants at their last known addresses.

IT IS SO ORDERED.

Dated: **July 29, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE