## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOSE TRUJILLO,**

CASE NO: **1:21–CV–01446–JLT–SAB**

v.

**TACO RIENDO INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/1/2022**

          **Keith Holland**
          Clerk of Court

ENTERED: **August 1, 2022**

by: /s/ S. Martin–Gill
Deputy Clerk